IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-02759-CMA-CBS

ROBERT GRIFFITH,

    Plaintiff,

v.

AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the Joint Motion for Stay of Discovery and to Vacate Settlement Conference Pending Consummation of Settlement (doc #14, filed 5/11/2009) is **GRANTED**.  The Settlement Conference set for June 2, 2009 at 1:30 p.m. is **VACATED**.  The May 22, 2009 deadline for serving responses to Plaintiff's initial interrogatories is **VACATED**.  The May 26, 2009 deadline for submitting confidential settlement statements is **VACATED**.

    IT IS FURTHER ORDERED that counsel shall contact chambers by telephone on 5/22/09 to advise the Court of the status of the settlement.

**DATED:**    May 14, 2009