### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge Christine M. Arguello

Civil Action No. 08-cv-02759-CMA-CBS

ROBERT GRIFFITH,

    Plaintiff,

v.

AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA,

    Defendant.

---

### ORDER OF DISMISSAL WITH PREJUDICE

---

    This matter is before the Court on the parties' Joint Stipulation of Dismissal of Case With Prejudice (Doc. # 19).  The Court having considered the joint stipulation, hereby

    ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay his or its own costs and attorney fees.

    DATED:  June 18, 2009

                                                     BY THE COURT:

                                                     _____
                                                     CHRISTINE M. ARGUELLO
                                                     United States District Court Judge